IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RICHARD P. GLUNK, | : | |
| --- | --- | --- |
| Plaintiff | : | No. 1:16-cv-01147 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| R. BARRETT NOONE, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 8th day of December 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts in part the Report and Recommendation (Doc. No. 63), of Magistrate Judge Carlson;

2. The Report and Recommendation is **ADOPTED** insofar as it recommends dismissal of Plaintiff's amended complaint with prejudice;

3. The Report and Recommendation is **NOT ADOPTED** with respect to the application of the first-filed rule to dismiss Plaintiff's amended complaint;

4. Defendants' motions to dismiss (Doc. Nos. 24, 25), are **GRANTED**;

5. Plaintiff's amended complaint (Doc. 13), is **DISMISSED** with prejudice pursuant to the doctrine of res judicata;

6. Plaintiff's appeal (Doc. No. 64), is **DENIED**; and

7. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania